IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GIDEON,

                     Plaintiffs,

    v.                                                 OPINION and ORDER

CITY OF TOMAH, WISCONSIN,                    24-cv-164-wmc

                     Defendant.

---

       Plaintiff Gideon filed this lawsuit challenging the City of Tomah's assessment of property taxes and other government obligations against him. He contends that the City has violated his constitutional rights by relying on his "administrative identity" and social security number to impose governmental obligations on his "personal existence" as Gideon.

       Plaintiff's complaint is frivolous and must be dismissed. Although he invokes this court's jurisdiction, plaintiff's arguments are similar to "sovereign citizen" theories that have been rejected repeatedly by the courts as frivolous and a waste of court resources. *See, e.g., McCauley-Bey v. Meuris*, No. 21-2149, 2022 WL 1055560 (7th Cir. April 8, 2022) (rejecting plaintiff's argument that he was outside the laws or authority of Illinois); *Bey v. State*, 847 F.3d 559, 561 (7th Cir. 2017) (suit to enjoin state and county officials from taxing real estate based on plaintiff's alleged Moorish origin was frivolous); *United States v. Benabe*, 654 F.3d 753, 767 (7th Cir. 2011) (stating that sovereign citizen-type theories should be "rejected summarily" because "[r]egardless of an individual's claimed status of descent, be it as a 'sovereign citizen,' a 'secured-party creditor,' or a 'flesh-and-blood human being,' that person is not beyond the jurisdiction of the courts.") Because this complaint is frivolous and it is clear that any amendment would be futile, this dismissal is with prejudice.

ORDER

IT IS ORDERED that plaintiffs' complaint is DISMISSED with prejudice. The clerk of court is directed to enter judgment and close this case.

Entered this 8th day of May, 2024.

BY THE COURT:

/s/_____
WILLIAM M. CONLEY
District Judge